UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CAREL HANEKOM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KUCHENBECKER EXCAVATING, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-3046-LTS-KEM<br><br>**RULE 41(a)(1)(A)(ii) DISMISSAL** |

COMES NOW, the Plaintiff, Carel Hanekom, Kuchenbecker Excavating, Inc., H&S Farms – Livestock, LLC, Kenneth Kuchenbecker, and Heather Schmidt, and stipulate that they have resolved all claims asserted by plaintiff against these particular defendants in the above captioned case. Plaintiff reserves all claims against remaining defendants.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**WANDRO KANNE & LALOR, P.C.**

　　　　　　　　　　　　　　　　　　*/s/ Ben Arato*
　　　　　　　　　　　　　　　　　　Alison F. Kanne　　　　AT0013262
　　　　　　　　　　　　　　　　　　Benjamin G. Arato　　　AT0010863
　　　　　　　　　　　　　　　　　　2015 Grand Avenue Suite 102
　　　　　　　　　　　　　　　　　　Des Moines, IA 50312
　　　　　　　　　　　　　　　　　　Telephone: (515) 717-7455
　　　　　　　　　　　　　　　　　　Facsimile: (515) 608-4645
　　　　　　　	　　　　　　　　　　Email: akanne@wandrolaw.com
　　　　　　　　　　　　　　　　　　　　　　barato@wandrolaw.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS KUCHENBECKER EXCAVATING, INC., KENNETH KUCHENBECKER, H&S FARMS – LIVESTOCK, LLC, AND HEATHER SMIDT**

/s/ Dan Feltes
Dan Feltes
IOWA LEGAL AID
1700 S. 1st Ave., Suite 10
Iowa City, IA 52240
TEL: (319) 359-3116
EMAIL: dfeltes@iowalaw.org

/s/ Rubi Cordova
Rubi Cordova
IOWA LEGAL AID
532 First Avenue, Suite 300
Council Bluffs, IA 51503
TEL: 1-800-432-9229
EMAIL: rcordova@iowalaw.org

/s/ Alex Kornya
Alexander Vincent Kornya
IOWA LEGAL AID
666 Walnut Street, Floor 25
Des Moines, IA 50309
TEL: (515) 243-1193
EMAIL: akornya@iowalaw.org

/s/ Lorraine Gaynor
Lorraine Gaynor
IOWA LEGAL AID
1700 S. 1st Ave., Suite 10
Iowa City, IA 52240
TEL: (319) 359-3116
EMAIL: lgaynor@iowalaw.org


/s/Madeline Flynn
Madeline Flynn
FARMWORKER JUSTICE
1126 16th *St* NW Suite LL-101
Washington, DC, 20036
TEL: (202) 800-2520 Ext. 303
EMAIL: mflynn@farmworkerjustice.org

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties of record by filing the same via Pacer on April 17, 2024.

<em><u>/s/Lorraine Gaynor</u></em>