IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CAREL HANEKOM,<br><br>　　　Plaintiff,<br>vs.<br><br>GOLDEN OPPORTUNITIES INTERNATIONAL, LLC,<br><br>　　　Defendant. | No. 3:23-cv-3046-LTS-KEM<br><br>RULE 41(a)(1)(A)(ii) Dismissal with Prejudice |
| GOLDEN OPPORTUNITIES INTERNATIONAL, LLC,<br><br>　　　Third-Party Plaintiff,<br>vs.<br>KUCHENBECKER EXCAVATING, INC. and H&S FARMS – LIVESTOCK, LLC,<br><br>　　　Third-Party Defendants. | |

COMES NOW, the Plaintiff, Carel Hanekom and Golden Opportunities International LLC, and stipulate that they have resolved all claims asserted by Plaintiff against Golden Opportunities International LLC in the above captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Dan Feltes
　　　　　　　　　　　　　　　　　　　　Dan Feltes
　　　　　　　　　　　　　　　　　　　　IOWA LEGAL AID
　　　　　　　　　　　　　　　　　　　　1700 S. 1st Ave., Suite 10
　　　　　　　　　　　　　　　　　　　　Iowa City, IA 52240
　　　　　　　　　　　　　　　　　　　　TEL: (319) 359-3116
　　　　　　　　　　　　　　　　　　　　EMAIL: dfeltes@iowalaw.org

　　　　　　　　　　　　　　　　　　　　/s/ Rubi Cordova
　　　　　　　　　　　　　　　　　　　　Rubi Cordova
　　　　　　　　　　　　　　　　　　　　IOWA LEGAL AID

532 First Avenue, Suite 300
Council Bluffs, IA 51503
TEL: 1-800-432-9229
EMAIL: rcordova@iowalaw.org

**ATTORNEYS FOR PLAINTIFF**

/s/ Bradley J. Kaspar
Bradley J. Kaspar AT0012308
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, Iowa 52407-4170
PHONE: (319) 366-7621
FAX: (319) 366-3158
EMAIL: bkaspar@pbalawfirm.com

**ATTORNEYS FOR GOLDEN OPPORTUNITIES INTERNATIONAL, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties of record by filing the same via Pacer on November 6, 2024.

/s/ Rubith Cordova